IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:21CR242 |
| vs. | |
| CODY LEE FISCHER, | ORDER |
| Defendant. | |

This matter is before the court on the motion of Assistant Federal Public Defender Michael J. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Cody Lee Fischer. (Filing No. 77). Michael J. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Michael J. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 77) is granted.

James R. Kozel, 1237 Skylark Drive, Omaha, NE 68144, (402) 758-1808, is appointed to represent Cody Lee Fischer for the balance of these proceedings pursuant to the Criminal Justice Act. Michael J. Hansen shall forthwith provide James R. Kozel with any materials obtained which are material to the defendant's case. **Counsel shall promptly confer with the defendant regarding the filing of a notice of appeal in light of the judgment and sentencing held on July 6, 2022.**

The clerk shall provide a copy of this order to James R. Kozel and the defendant.

**IT IS SO ORDERED.**

Dated this 7th day of July, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge